**Timothy A. JACKSON, Plaintiff—Appellant,**

v.

**FUJIFILM MANUFACTURING USA INC., Defendant—Appellee,**

and

**Fuji Photo Film Incorporated, Defendant.**

**Equal Employment Opportunity Commission, Amicus Supporting Appellant.**

---

**516**

Timothy A. Jackson, Plaintiff—
Appellant,

v.

Fuji Photo Film Incorporated;
Fujifilm Manufacturing USA
Inc., Defendants—Appellees.

Equal Employment Opportunity
Commission, Amicus Sup-
porting Appellant.

Nos. 11–1129, 11–1131.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 23, 2011.

Decided: Sept. 29, 2011.

Timothy A. Jackson, Appellant Pro Se.
Robert Hayne Hodges, III, Richard James
Morgan, McNair Law Firm, PA, Colum-
bia, South Carolina, for Appellees. P.
David Lopez, General Counsel, Carolyn L.
Wheeler, Acting Associate General Coun-
sel, Vincent Blackwood, Assistant General
Counsel, James M. Tucker, Equal Employ-
ment Opportunity Commission, Washing-
ton, D.C., for Amicus Supporting Appel-
lant.

Before WILKINSON and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In No. 11–1129, Timothy A. Jackson ap-
peals the district court's order accepting
the recommendation of the magistrate
judge and granting summary judgment to
the Defendant in this action alleging a
violation of the Americans with Disabilities
Act (ADA). After carefully reviewing the
record, we conclude that Jackson failed to
meet his burden of showing that, within
the relevant time period, he suffered from
a disability and was entitled to the protec-
tions of the ADA. Jackson presented no
evidence demonstrating that he was sub-
stantially limited in a major life activity
during this period. *See Pollard v. High's
of Baltimore, Inc.,* 281 F.3d 462, 467 (4th
Cir.2002); *Rhoads v. FDIC,* 257 F.3d 373,
387 (4th Cir.2001). We accordingly af-
firm.*

In No. 11–1131, Jackson appeals the dis-
trict court's order dismissing the action on
the basis of res judicata. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Jackson
v. Fuji Photo Film, Inc.,* No. 8:10–cv–
01403–JMC, 2011 WL 497462 (D.S.C. Feb.
7, 2011).

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*

---

* "We are not limited to evaluation of the
grounds offered by the district court to sup-
port its decision, but may affirm on any
grounds apparent from the record." *United
States v. Smith,* 395 F.3d 516, 519 (4th Cir.
2005).